# Attachment A

**Defendants**

JPMorgan Chase Bank, N.A., D5 Hawks LLC, WE Tahoe 1 LLC, WE Tahoe 2 LLC, New WEM Holdings Affiliate 1 Ltd., New WEM Holdings Affiliate 2 Ltd., New WEM Holdings Ltd. and MOA Holdings III, LLC

**Defendants' Attorneys**

Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, New York 10001
Tel: (212) 735-3000

*Attorneys for Defendant JPMorgan Chase Bank, N.A., D5 Hawks LLC, WE Tahoe 1 LLC and WE Tahoe 2 LLC*

Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1969

*Attorneys for New WEM Holdings Affiliate 1 Ltd., New WEM Holdings Affiliate 2 Ltd., New WEM Holdings Ltd. and MOA Holdings III, LLC*