```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

SOL-MM III LLC,

               Plaintiff,

   - against -

JPMORGAN CHASE BANK, N.A., ET AL.,

               Defendants.

23-cv-6479 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear for a telephone conference on **October 23, 2023**, at **11:30 a.m.** *Any subsequent deadlines will be set at the conference.*

Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:   New York, New York
          October 11, 2023

                                       /s/ John G. Koeltl
                                       John G. Koeltl
                                  United States District Judge