UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOL-MM III LLC,

                Plaintiff,

    - against -

JPMORGAN CHASE BANK, N.A., ET AL.,

                Defendants.

---

23-cv-6479 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendants are directed to file the motion to dismiss by **November 8, 2023**. The time to respond is **December 6, 2023**. The time to reply is **December 20, 2023**.

SO ORDERED.

Dated:    New York, New York
            October 23, 2023

                                      John G. Koeltl
                                 United States District Judge