UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOL-MM III LLC,

              Plaintiff,

- against -

JPMORGAN CHASE BANK, N.A., ET AL.,

              Defendants.

23-cv-6479 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court confirmed that it holds shares in JPMorgan Equity Income Fund. Nothing about that affects anything the Court does in this case.

SO ORDERED.

Dated:    New York, New York
            October 24, 2023

                                              John G. Koeltl
                                        United States District Judge