```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

SOL-MM III LLC,

              Plaintiff,

   - against -

JPMORGAN CHASE BANK, N.A., ET AL.,

              Defendants.

―――――――――――――――――――――――――――――

23-cv-6479 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The defendants are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss. ECF Nos. 49 and 53.

**SO ORDERED.**

**Dated:**   **New York, New York**
            **March 8, 2024**

                                              /s/ John G. Koeltl
                                              ―――――――――――――――――――――
                                              **John G. Koeltl**
                                              **United States District Judge**