```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

SOL-MM III LLC,

               Plaintiff,

    - against -

JPMORGAN CHASE BANK, N.A., ET AL.,

               Defendants.

23-cv-6479 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The plaintiff may file a Second Amended Complaint within two weeks of this order. The summons and complaint must be be served on any new defendants two weeks thereafter.

    The time to respond to the Second Amended Complaint is thirty days after service. The time to respond to any motion to dismiss is thirty days after the defendants' response. The deadline to reply is fourteen days thereafter.

    The current pending motions to dismiss are denied without prejudice. See ECF Nos. 38, 49, 53. The parties are directed to provide a status report by **July 15, 2024**, regarding the status of the case.

**SO ORDERED.**

Dated:    New York, New York
            June 11, 2024

                                              /s/ John G. Koeltl
                                                John G. Koeltl
                                          **United States District Judge**