```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------

SOL-MM III LLC,

               Plaintiff,         No. 23-cv-6479 (JGK)

     - against -            ORDER

JPMORGAN CHASE BANK, N.A., ET AL.,

              Defendants.

-----------------------------------------

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to file a copy of the "Plaintiff Loan Agreement" with the Court. The Plaintiff Loan Agreement means the agreement so defined in Appendix A to the Second Amended Complaint (ECF No. 73), and referenced throughout the Second Amended Complaint, see, e.g., SAC ¶¶ 10, 102-05.

SO ORDERED.

Dated:   New York, New York
         February 15, 2025

                                      /s/ John G. Koeltl
                                        John G. Koeltl
                               United States District Judge