UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOL-MM III LLC,

                Plaintiff,

     - against -

JPMORGAN CHASE BANK, N.A., ET AL.,

                Defendants.

23-cv-6479 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The American Dream Defendants have filed a motion for partial reconsideration. See ECF NO. 128. The plaintiff should respond by **April 21, 2025.** The American Dream Defendants may reply by **April 28, 2025.**

SO ORDERED.

Dated:    New York, New York
          April 11, 2025

                            John G. Koeltl
                  United States District Judge