UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOL-MM III LLC,

Plaintiff,

- against -

JPMORGAN CHASE BANK, N.A., ET AL.,

Defendants.

**23-cv-6479 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The parties are directed to appear by telephone for a conference in connection with their anticipated motions for summary judgment and with the plaintiff's anticipated Daubert motions on **Monday, September 21, 2026, at 2:30 pm.**

Dial-in: 646-453-4442, with access code 67527833#.

**SO ORDERED.**

**Dated:** New York, New York
September 9, 2026

John G. Koeltl
United States District Judge