FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

Fried Frank

Direct Line: +1.212.859.8182
Email: janice.macavoy@friedfrank.com
September 21, 2026

***Via ECF***
Honorable John G. Koeltl, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street, Courtroom 14A
New York, NY 10007-1312

Re: *SOL-MM III LLC v. JPMorgan Chase Bank, N.A., et al., No. 1:23-cv-06479-JGK*
Emergency Application to Temporarily Seal Documents

Dear Judge Koeltl:

We represent Defendants JPMorgan Chase Bank, N.A., WE Tahoe 1 LLC, and WE Tahoe 2 LLC (the "JPM Defendants") in the above-referenced action. On Friday, September 18, 2026, we filed papers in support of the JPM Defendants' motion for summary judgment, that included nearly two hundred exhibits, many of which were required to be filed under seal pursuant to the Protective Order in this action. In accordance with the Protective Order and the Court's Individual Practices, we also filed a Letter Motion to Seal, ECF No. 165, to protect the interests of the producing parties of the subject documents, including the JPM Defendants.

Unfortunately, due to a clerical error, twenty-four of the exhibits as to which sealing was requested in the Letter Motion were then inadvertently publicly filed. All of these documents had been produced by the JPM Defendants as confidential, and were filed as exhibits to the publicly filed version of the Declaration of Janice Mac Avoy, ECF No. 166. They are described, and their confidential nature requiring sealing, in Point I of the JPM Defendants' Letter Motion to Seal, ECF No. 165.

In light of the serious and urgent nature of this situation, we respectfully request that the Court direct the Clerk of the Court to immediately seal the following documents pending the Court's determination of the JPM Defendants' Letter Motion to Seal, ECF No. 165:

| Mac Avoy Declaration Ex. No. | ECF No. |
|---|---|
| 4 | 166-4 |
| 58 | 166-55 |
| 60 | 166-57 |

APPLICATION GRANTED
SO ORDERED
[signature]
John G. Koeltl, U.S.D.J.

9/21/26

The Clerk is directed to file this order immediately. So ordered.
9/21/26 [signature] U.S.D.J.

+1.212.859.8182



| | |
|---|---|
| 63 | 166-59 |
| 64 | 166-60 |
| 69 | 166-63 |
| 84 | 166-73 |
| 87 | 166-76 |
| 92 | 166-78 |
| 93 | 166-79 |
| 95 | 166-81 |
| 99 | 166-84 |
| 108 | 166-93 |
| 124 | 166-99 |
| 125 | 166-100 |
| 131 | 166-102 |
| 134 | 166-105 |
| 137 | 166-107 |
| 169 | 166-123 |
| 173 | 166-126 |
| 174 | 166-127 |
| 175 | 166-128 |
| 176 | 166-129 |
| 177 | 166-130 |

We apologize for the urgent nature of this request and thank the Court for its consideration.

Respectfully yours,

Janice Mac Avoy

Cc: All counsel of record, via ECF