FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

Fried Frank

Direct Line: +1.212.859.8000
Email: janice.macavoy@friedfrank.com
November 20, 2026

***Via ECF***
Honorable John G. Koeltl, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street, Courtroom 14A
New York, NY 10007-1312

Re: *SOL-MM III LLC v. JPMorgan Chase Bank, N.A., et al., No. 1:23-cv-06479 (JGK)*

Dear Judge Koeltl:

We write on behalf of Defendants JPMorgan Chase Bank, N.A., WE Tahoe 1 LLC, and WE Tahoe 2 LLC (collectively, the "JPM Defendants"), pursuant to Your Honor's Individual Practices VII.A.2, to request the Court's permission to file under seal Exhibit A to the Declaration of William J. Trunk in Support of JPM Defendants' Motion to Strike or Disregard Portions of the Supplemental Declaration of Hakjae Kim filed today, on consent of all parties. Exhibit A contains material references to previously filed confidential exhibits that have already been ordered sealed by the Court (the "Confidential Exhibits"). ECF Nos. 230-239, 268-288, 290-293.

The JPM Defendants also request the Court's permission to redact portions of (1) the Reply Memorandum of Law in Further Support of the JPM Defendants' Motion for Summary Judgment, (2) the Reply Declaration of Janice Mac Avoy, and (3) the Memorandum of Law in Support of the JPM Defendants' Motion to Strike or Disregard Portions of the October 30, 2026 Supplemental Declaration of Hakjae Kim, all of which likewise contain material references and/or direct quotes to the Confidential Exhibits. The JPM Defendants' sealing and redaction requests are narrowly tailored only to preserve the confidentiality of the sealed Confidential Exhibits. *See Ramirez*, 2020 WL 6781222, at *6; *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 113, 116 (2d Cir. 2006); *FuboTV Inc. v. Walt Disney Co.*, No. 24-CV-01363 (MMG), 2024 WL 1884974, at *1 (S.D.N.Y. Apr. 30, 2024); *Locus Tech. v. Honeywell Int'l Inc.*, No. 19 Civ. 11532 (PGG) (KHP), 2024 WL 5103334, at *6 (S.D.N.Y. Dec. 13, 2024); *Hesse v. SunGard Systems Intern.*, No. 12 Civ. 1990 (CM) (JLC), 2013 WL 174403, at *2 (S.D.N.Y. Jan. 14, 2013).

APPLICATION GRANTED
SO ORDERED

11/21/26 [signature]
John G. Koeltl, U.S.D.J.

Respectfully yours,

Janice MacAvoy

Cc: All Counsel of record, via ECF